**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **12/15**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Greenview Builders and Cabinetry Designers, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **Greenview Homes** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1340068** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **440 N. Milwaukee Ave.**<br>**Lincolnshire, IL 60069**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Lake**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **http://www.greenviewhomes.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

| Debtor | **Greenview Builders and Cabinetry Designers, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Greenview Builders and Cabinetry Designers, Inc.**    Case number (*if known*) _____
          Name

---

**11.  Why is the case filed in**    *Check all that apply:*
**this district?**

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
      preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**        ☑ **No**
**have possession of any**
**real property or personal**        ☐ **Yes.**    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                      **Why does the property need immediate attention?** (*Check all that apply.*)

                                      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                      ☐ It needs to be physically secured or protected from the weather.

                                      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                      ☐ Other _____

                                      **Where is the property?** _____
                                                                 Number, Street, City, State & ZIP Code

                                      **Is the property insured?**

                                      ☐ **No**

                                      ☐ **Yes.**    Insurance agency _____

                                                    Contact name _____

                                                    Phone _____

---

█    **Statistical and administrative information**

---

**13.  Debtor's estimation of**    .    *Check one:*
**available funds**
                                        ☑ Funds will be available for distribution to unsecured creditors.

                                        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ☐ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
**creditors**                   ☑ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                                ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                                ☐ 200-999

---

**15.  Estimated Assets**       ☑ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**  ☐ $0 - $50,000              ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor   **Greenview Builders and Cabinetry Designers, Inc.**                    Case number (*if known*) _____
   Name

| **Request for Relief, Declaration, and Signature** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *MAY 17 2016*
   MM / DD / YYYY

X _____          Yuri M. Birg
   Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X   /s/ Harold D. Israel          Date   May 17, 2016
   Signature of attorney for debtor          MM / DD / YYYY

**Harold D. Israel**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**208 South LaSalle Street**
**Suite 1750**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 337-7700**          Email address   haroldi@restructuringshop.com

   IL 6216289
Bar number and State

**RESOLUTION**
**OF**
**GREENVIEW BUILDERS AND CABINETRY DESIGNERS, INC.**
**(an Illinois corporation)**

**Effective as of May 17,, 2016**

The undersigned, being the sole officer, director and shareholder of Greenview Builders and Cabinetry Designers, Inc., an Illinois corporation (the "*Company*"), hereby consents in writing to the following resolutions, with the intention that such actions will have the same force and effect as if taken by a vote of the members at a meeting duly called and held.

WHEREAS, the undersigned has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopt the following resolutions by unanimous written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court in the district as determined to be appropriate by the Authorized Officer (as defined herein) upon the advice of counsel (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. Yuri Birg (the "*Authorized Officer*") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officer considers it appropriate;

RESOLVED FURTHER, that the Authorized Officer shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officer may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the Authorized Officer shall be, and hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officer shall be, and hereby is, authorized and empowered on behalf of, and in the name of the Company to retain and to employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and

other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Officer;

RESOLVED FURTHER, that the Authorized Officer, and any employees or agents (including counsel) designated by or directed by the Authorized Officer, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of the Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

### General Authorization

RESOLVED FURTHER, that the Authorized Officer of the Company shall be, and hereby is, authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Officer of the Company approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Officer of the Company;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Officer or sole member of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

RESOLVED FURTHER, that this consent may be executed in several counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned, the sole member of the Company, have executed this Action by Unanimous Written Consent as of the date first written above.

Name: Yuri Birg
Its: Sole Director, Officer and Shareholder

**Fill in this information to identify the case:**

Debtor name   **Greenview Builders and Cabinetry Designers, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *MAY 17, 2016*          x _____
                                         Signature of individual signing on behalf of debtor

**Yuri M. Birg**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Greenview Builders and Cabinetry Designers, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brian & Julie DiFuccia 30 Lincolnshire Drive Lincolnshire, IL 60069** | | | **Contingent Unliquidated Disputed** | | | $122,914.00 |
| **Caterpillar Carpentry 35W459 Ridge Road West Dundee, IL 60118** | | | | | | $215,904.17 |
| **Corey & Sara Goldberg 1466 Greenwood Ave. Deerfield, IL 60015** | | | **Contingent Unliquidated Disputed** | | | $146,959.00 |
| **Covers Concrete Contractors 4615 Valley View Rd Prairie Grove, IL 60012** | | | | | | $366,510.88 |
| **David & Nicole Brown 547 Sheridan Road Highland Park, IL 60035** | | | **Contingent Unliquidated Disputed** | | | $144,900.00 |
| **Hines Building Supply 2nd Avenue & Main Street North Chicago, IL 60064** | | | | | | $471,161.40 |
| **Jordan & Julia Klein 891 Kimball Road Highland Park, IL 60035** | | | **Contingent Unliquidated Disputed** | | | $117,515.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Greenview Builders and Cabinetry Designers, Inc.**                              Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ken & Jodi Wittenberg 623 Ambleside Drive Deerfield, IL 60015 | | | Contingent Unliquidated Disputed | | | $143,976.00 |
| LT Electric, Inc. 209 Egan Drive Streamwood, IL 60107 | | | | | | $137,906.00 |
| Mark Meade Excavators Inc 31446 N Alleghany Road Unit 4 Grayslake, IL 60030 | | | | | | $252,967.09 |
| Michael & Kate Sabo 434 Adams Ave. Glencoe, IL 60022 | | | Contingent Unliquidated Disputed | | | $132,390.00 |
| Michelle & Timothy Kowalski 83 Hickory Lane Lincolnshire, IL 60069 | | | Contingent Unliquidated Disputed | | | $141,305.00 |
| Pappas Company 2100 Johns Court Glenview, IL 60025 | | | | | | $222,390.00 |
| Roger & Brooke Bartos 885 Hiawatha Lane Riverwoods, IL 60015 | | | Contingent Unliquidated Disputed | | | $195,736.00 |
| Shawn & Stephanie Marks 1427 Ambleside Drive Deerfield, IL 60015 | | | Contingent Unliquidated Disputed | | | $205,380.00 |
| Steven & Sarna Goldenberg 408 Sunset Lane Glencoe, IL 60022 | | | Contingent Unliquidated Disputed | | | $163,972.00 |
| Tanyu & Natalia Jelev 1821 Clifton Ave. Highland Park, IL 60035 | | | | | | $129,625.00 |
| The Murray Group 11S650 McGrath Lane Naperville, IL 60564 | | | | | | $123,397.38 |
| Todd & Melissa Hagle 834 Forest Ave. Deerfield, IL 60015 | | | Contingent Unliquidated Disputed | | | $142,782.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Greenview Builders and Cabinetry Designers, Inc.**                    Case number *(if known)*  _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tyler's Underground, LLC 25668 Raska Lane Lake Villa, IL 60046** | | | | | | **$130,500.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Greenview Builders and Cabinetry Designers, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):      **A & D Global Inc.**

**Sergey Taitler**

3.  The source of compensation to be paid to me is:

☐ Debtor      ■ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 17, 2016** | **/s/ Harold D. Israel** |
| *Date* | **Harold D. Israel** |
| | *Signature of Attorney* |
| | **Goldstein & McClintock LLLP** |
| | **208 South LaSalle Street** |
| | **Suite 1750** |
| | **Chicago, IL 60604** |
| | **(312) 337-7700   Fax: (312) 277-2305** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Greenview Builders and Cabinetry Designers, Inc.__ _____   Case No. _____
                                                              Debtor(s)          Chapter   __11__ _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _May 17, 2016_____      Signature   _____
                                                       Yuri M. Birg

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois

In re    __Greenview Builders and Cabinetry Designers, Inc.__                Case No. _____
                                                          Debtor(s)          Chapter    __11__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **72**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _May 17, 2016_                    _____
                                        **Yuri M. Birg/President**
                                        Signer/Title

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Aaron & Darcy Jesser
36 Lancaster Lane
Lincolnshire, IL 60069

Adam & Janet Heiman
94 Millstone Road
Deerfield, IL 60015

Alexander & Victoria Levin
1054 Oakley Ave.
Deerfield, IL 60015

Alexander Lumber
4001 County Club Road
Woodstock, IL 60039

Andy & Kelly Jansen
1111 Linden Ave.
Deerfield, IL 60015

Ashland Millwork
5 Messner Drive
Wheeling, IL 60090

Banner Plumbing Supply
1020 E. Lake Cook Road
Buffalo Grove, IL 60089

Becky & Scott Erdman
1308 Somerset Ave.
Deerfield, IL 60015

Brent & Iolanta Agran
232 Spruce Road
Northbrook, IL 60062

Brian & Julie DiFuccia
30 Lincolnshire Drive
Lincolnshire, IL 60069

Brothers Drywall Inc.
793 Dulles Rd
Des Plaines, IL 60016

Caterpillar Carpentry
35W459 Ridge Road West
Dundee, IL 60118


Chris & Cindy Blakeslee
1717 Elmwood Drive
Highland Park, IL 60035


CJ Plumbing & Heating, Inc.
1906 Greenwood Street #2
Evanston, IL 60201


Classic Windows Inc.
750 E. Liberty Drive
Libertyville, IL 60048


Corey & Sara Goldberg
1466 Greenwood Ave.
Deerfield, IL 60015


Covers Concrete Contractors
4615 Valley View Rd
Prairie Grove, IL 60012


Creative Construction & Remodeling
601 Huntington Commons Rd. #110
Mount Prospect, IL 60056


D&D Interiors Inc.
610 Revere Rd
Glenview, IL 60025


Dan & Debra Levin
1155 Wincanton Ave.
Deerfield, IL 60015


Darryl & Jill Rosen
606 Jonquil Terrace
Deerfield, IL 60015


David & Nicole Brown
547 Sheridan Road
Highland Park, IL 60035

Donald Engineering, LLC
334 East Colfax Street
Unit C-1
Palatine, IL 60067


Doug & Barbara Gottschalk
119 Sheridan Road
Wilmette, IL 60091


Driven Fence, Inc.
2000 Ruby Street
Melrose Park, IL 60160


Elizabeth & Ben Smylie
195 Lake Street
Glencoe, IL 60022


Eric & Meredith DuBrow
1440 Linden Ave.
Highland Park, IL 60035


Excel Plumbing
91 Marquardt Drive
Wheeling, IL 60090


Geothermal Energy Solutions, Inc.
3000 Dundee Road
Northbrook, IL 60062


Hines Building Supply
2nd Avenue & Main Street
North Chicago, IL 60064


Honey Bucket
P.O. Box 491
Elmhurst, IL 60126


Illinois Brick Co.
3749 Solutions Center
Chicago, IL 60677-3007


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


John & Shila Kastl
570 Jackson Ave.
Glencoe, IL 60022


Jordan & Julia Klein
891 Kimball Road
Highland Park, IL 60035


Josh & Margie Alpert
1328 Woodland Drive
Deerfield, IL 60015


K.C. Masonry
4926 N. Frank Pkwy.
Norridge, IL 60706


Kaplan Paving LLC
14101 Lambs Lane
Green Oaks, IL 60048


Keith Tilden Roofing
252 W. Lake Street
Elmhurst, IL 60126


Ken & Jodi Wittenberg
623 Ambleside Drive
Deerfield, IL 60015


Leslye & Brian Whittman
1424 Forest Ave.
Highland Park, IL 60035


LT Electric, Inc.
209 Egan Drive
Streamwood, IL 60107


Majestic Distributing Company, Inc.
1255 Bowes Road
Elgin, IL 60123

Mark Meade Excavators Inc
31446 N Alleghany Road
Unit 4
Grayslake, IL 60030


Matt & Jamie Goode
1550 Crabtree Lane
Deerfield, IL 60015


Michael & Kate Sabo
434 Adams Ave.
Glencoe, IL 60022


Michelle & Timothy Kowalski
83 Hickory Lane
Lincolnshire, IL 60069


North Shore Stairs, LLC
100 N. Skokie Hwy.
Unit D
Lake Bluff, IL 60044


Pappas Company
2100 Johns Court
Glenview, IL 60025


Realmind Technology, Inc.
1229 Appaloosa Way
Bartlett, IL 60103


Residential Commercial Insulation
1883 Circuit Drive
Round Lake, IL 60073


Roger & Brooke Bartos
885 Hiawatha Lane
Riverwoods, IL 60015


Russell Simmons
1104 Cherry Street
Deerfield, IL 60015


Ryan & Elizabeth Kole
422 Adams Ave.
Glencoe, IL 60022

Scott & Dina Shniderman
1233 Wincanton Ave.
Deerfield, IL 60015


Shawn & Stephanie Marks
1427 Ambleside Drive
Deerfield, IL 60015


Steven & McKenzie Lazzara
2073 Winnetka Ave.
Northfield, IL 60093


Steven & Sarna Goldenberg
408 Sunset Lane
Glencoe, IL 60022


Stucco 2000, Inc.
1134 Rose Road
Lake Zurich, IL 60047


Studio 41
3160 Skokie Valley Road
Highland Park, IL 60035


Tanyu & Natalia Jelev
1821 Clifton Ave.
Highland Park, IL 60035


Terri & Marc Minkus
1424 Sunnyside Ave.
Highland Park, IL 60035


The Murray Group
11S650 McGrath Lane
Naperville, IL 60564


Tobi & Ben Alpert Pinsky
1471 Old Barn Lane
Highland Park, IL 60035


Todd & Melissa Hagle
834 Forest Ave.
Deerfield, IL 60015

Tom & Jodi Sternberg
1211 Mayfair Lane
Glencoe, IL 60022


Tri-State Cut Stone & Brick Co.
10333 Van's Drive
Frankfort, IL 60423


Tyler's Underground, LLC
25668 Raska Lane
Lake Villa, IL 60046


Victoria Shaffer
565 Onwentsia Ave.
Highland Park, IL 60035


Yuri Birg
440 N. Milwaukee
Lincolnshire, IL 60069


Zbigniew Lopuski Construction
1217 S. Old Wilke Road 307
Arlington Heights, IL 60005

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Greenview Builders and Cabinetry Designers, Inc.**

_____
Debtor(s)

Case No.  _____

Chapter    **11**  _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Greenview Builders and Cabinetry Designers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**May 17, 2016**
_____
Date

**/s/ Harold D. Israel**
_____
**Harold D. Israel**
Signature of Attorney or Litigant
Counsel for   **Greenview Builders and Cabinetry Designers, Inc.**
**Goldstein & McClintock LLLP**
**208 South LaSalle Street**
**Suite 1750**
**Chicago, IL 60604**
**(312) 337-7700 Fax:(312) 277-2305**